IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| SHANNON BENEDICT, | ) |
| Plaintiff, | ) |
| v. | ) CV 121-037 |
| ERIN FAITH SWITZER, DO; RYAN PATRICK McGOWAN, DO; KEITH O'MALLEY, MD; GUATHAM CHITRAGARI, NBBS; NITRA DOOZAK, MD; BENJAMIN THOMAS HARPER, MD; MARTINA K. TERRIS, MD; and WILL DAIGLE, Resident Surgeon, | ) |
| Defendants. | ) |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** Plaintiff's amended complaint for failure to state a claim upon which relief may be granted, and **CLOSES** this civil action.

SO ORDERED this 16th day of July, 2021, at Augusta, Georgia.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA